UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 26 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Bennie Anderson

v.

Case No:_____

1:22-cv-04026
Judge Elaine E. Bucklo
Magistrate Judge Jeffrey Cummings
RANDOM

A. Gray Television Group. Inc

   Gray Media Group, inc

B. Greater Cleveland Regional Transit

   Authority Police Department

   3 John Doe's and 1 Jane Doe

C. Mike Anderson. Adult Parole Authority

   Ohio.

D. Ohio Governor Mike DeWine

E. Eleanore Hilow

F. William Daugherty.

G. Cleve Foster Care Service

H. 3 John Doe. Cleveland Firemen

I. Social Security Administration Chicago Ill.

COMPLAINT

DIVERSITY OF CITIZENSHIP, 28 US Code SECTION 1332

I Plaintiff

    A.    Name: Bennie Anderson

    B.    Address: 1936 So. Michigan Ave, Chicago Illinois.

II. Defendant(s):

    A.    Defendant: Gray Television Group.Inc
                  Gray Media Group, Inc
        A.K.A. Hilton H, Howell Jr.

       Title: Chief Executive Officer

       Place of Employment: c/o 1717 E, 12th St. Cleveland Ohio 44114

    B.    Greater Cleveland Regional Transit Authority Police Department.
        Title: 3 john Doe and one Jane Doe , Officer(s)
        Place of Employment: 2778 E. 55th St. #2866, Cleveland. Ohio 44127

    C.    Adult Parole Authority ,
        Title: Mike Anderson , Assistant Chief
        Place of Employment:4545 Fisher Rd Columbus, Ohio suite D 43228

    D.    Mike DeWine
        Title: Governor of Ohio
        Place of Employment: Riffe Center, 77 High St 30th Floor. Columbus Ohio 43215

    E.    Eleanore Hilow
        Title : Magistrate
        Place of Employment: 9300 Quincy Ave , Cleveland Ohio. 44106

    F.    William Daugherty.
        Title: Attorney
        Place of Employment: 9300 Quincy Ave, Cleveland Ohio'

    G.    Cleveland Foster Care Service

Title: 2 jane doe social workers
Place of Employment 6753 State Rd, Parma, Ohio 44134

H. Cleveland Fire Department

3 John Doe Firemen

Place of Employmene: 10102 Chester Ave, Cleveland Ohio

I. Social Security Administration.
Title : 2, Jane Doe , Workers

Place of Employment: 605 Washington Blvd, Chicago IL 60661

List of Case(s)

A.   Anderson v. Morris, Docket no.: C-1-880627, Defendant, Terry Morris
     Approximate date of filing 1988. Defendants: Terry Morris, Lloyd O, Brown. Stephany Tubbs jones. Court in which lawsuit was filed : Southern Federal District Court in the State of Ohio. Before U.S. Dist. Ct Judge Herman J. Weber.

Basic claim made: Coram non judice

Disposition of this case: Habeas Corpus Granted for Investigation and Hearing., on October 27th 1988.

B.   Anderson v. **Brown**, case no # **18cv 666-WQH** filed 2018, Defendants: **Maureen F. Hallahan, Jerry Brown**, Filed: **San Diego Federal District Court. Before: U.S. Dist Ct judge William Q. Hayes. Southern Dist California.**

**Basic claim made: Judge Hayes Found a misconviction ( unreported ) from the 1985 cleve, case no.# 203616. To be the bases for extradition.**

Disposition of this case: Appeal dismissed for lack of prosecution. After the Ohio Parole board Withdrew the 1985 charges from a second warrant sent to the Hallahan court. And she allowed Extradition back to Ohio, without , Jerry Browns signature on the warrant. Where county judge Brendan J. Sheehan. Threw it out , didn't even call me into the courtroom, just sent me a Message by the lawyer ,stating that he was tired of cleaning up behind the parole boards mess" I left from Cleveland, went back to California.

Statement of Claim:

That Gray Television Group Inc./ Gray Media Group Inc. of Cleveland , Did broadcast copyrighted material and images through its Networks and affiliate stations, said network and stations did engage in a conspiracy to cover-up, The kidnapping of the Anderson family. Perpetrated by the Cleveland Reginal Transit Authority ( RTA ) and the Cleveland police.

In the incident that occurred. On July 17th 2021, at a bus stop located on 105th St, and Superior Ave. In Cleveland Ohio. After the shooting of the father with a taser, and kidnapping of the three month old breast feeding baby from it's mother, was found to be the product of a warrant based on bad paper and false information,

The Cleveland television stations , channel's #3,#5,#8, and #19 . continued to broadcast the false, fake, stories from July 18th,2021 until October 2021, criminalizing and defaming the mother and father, in stories such as : ( Baby at RTA: A person of interest sought in this ... ) ( Police are working to identify a baby found at a bus station...) ( What we know, and don't know about Baby Doe- WEWS ) July 21st 2021.

These Fabricated accusations went viral on July 21st 2021, aka Nation- wide, On this same date

July 21st 2021 Baby Rambull Love Anderson. Was being introduced in an hour long special for the second time in July of 2021, debuting on her on show to the people of her on Hometown Chicago.

Her show called "The Gift" on CAN TV, Channel # 19, The Baby's introductory show would play one more time on July 31st,2021. The audience of 1.5 mil subscription viewers, many of which have told me they called to gray media about the family. Members of our Church 2nd Presbyterian expressed concern.

So Gray TV, Inc. were aware of the discrepancies, but stories like ( everything we know, and don't , about baby found with a man...) stil being posted as late as May 10th 2022

CONTINUED

Statement of Claim      Gray TV      CONTINUED

So on or about July 2021, Our viewer(s) in Chicago, started contacting Gray T.V. Cleveland , inquiring about our family…

My Sister Kim Carter , Of Bedford. Contacted Gray T.V. and ask that the slanderous stories be halted . she said they refused to talk to her. I personally contacted the Cleveland Station Channel # 19 wouldn't accept my calls. So why would Gray T.V. keep running the filth of their false, fake and fabricated accusations of criminal behavior / can their be any-other reason then that they were trying to deflect attention and culpability away from themselves and covering for the RTA cops and the Governor Mike DeWine, ect

.2-Statement of Claim: Greater Cleveland Reginal Transit police

3 John Doe's and 1 Jane Doe

There were 8 Cleveland police officers on the seen that night, they absconded after placing the blame for the warrant on the sheriff's department. I guess they did the math , and a warrant from 1985 wouldn't be worth the paper work. But the RTA cops claimed authority because I was sitting at a Bus stop. Feeding baby girl waiting on her mother to come back from the store.  When my wife came out of the store she saw her baby and husband surrounded by 4 RTA cops, 8 Cleveland cops, 4 E.M.S. workers, and 1 social worker. She started taking video's of the scene. The guy in charge of the RTA cop's saw my wife , and made a crack about a green-card, ( my wife is native American ) , I told that cop that I had ancestors, that had fault in every war this country had ever been in since it's Inception. ( i.e. I'm Blackfoot/Sioux ) When I pointed out that all the RTA cops were recent immigrants /some so recent that they still had the accent…! The cop got mad and started shouting that I was resisting, pulled out his taser and shot me in the leg , He was so mad that his aim was off, and the other taser harpoon hit his co-worker (another RTA cop ) then started  quoting the bill of rights about  Diligence.

3. Statement of Claim: Mike Anderson. Assistant chief, Adult Parole Authority

This began in 2018, when I was being held for extradition from California to Ohio.

I filed a Habeas Corpus, with Judge William Q Hayes federal Dist Judge . Judge Hayes inquired and found the Ohio parole warrant  stems from a unreported mistrial in 1985.and sent my case on appeal.

Meanwile, California Superior/common pleas court. Judge  allows Mike Anderson/Adult Parole Authority

To file a second warrant with the same charges that are on this from 1985 warrant removed, ( i.e. these are the same charges that are on the july 17th 2021, warrant.

CONTINUED

.3. Statement of Claim:   Mike Anderson ,APA           CONTINUED

That  Federal Judge Hayes Found to be invalid doe to  coram non judice mistrial In  1985.

The same charges the Maureen F Hallahan had them (APA) remove  and issue the second bad warrant from Ohio before she allowed them to illegally extradite me from San Diego back to Ohio without the California governor's signature.  In 2019.  She ( Hallahan ).  She also didn't take into consideration that the  charges on the second warrant she approved and rushed me out of California to stop the appeal. That the charges that made up the second warrant where enhanced charges built on the accusations from the 1985 miss conviction.  In other words Nothing from Nothing =

 My federal appeal was dismissed for lack of prosecution, when I reached the Ohio court in 2019,

Cleveland Judge Brendan J. Sheehan, dimissed the case with out even calling me into the courtroom. He told the attorney he appointed, To tell me he said He was getting tired of cleaning up after the parole boards mess.

.4. Statement of Claim: Ohio Governor Mike DeWine

 In 1985, Mike DeWine was a attorney general in Ohio, I personally contacted Mike DeWine and ask him to investigate Cleveland Case No.# CR-203616.  1985. State v. Anderson. I.m sure he found the same thing. That federal District Court Judge Herman J. Weber,( Ohio ) Granted The Habeas Corpus for investigation and Hearing in 1988, the same thing that federal District Court Judge William Q. Hayes.

Found in 2018-19,   failure to perform a sworn duty, spoiliation, cronyism, deliberate indifference.

.5. Statement of the Case: Eleanore Hilow.

Kidnapping,aiding and abetting in a crime. By holding a compleat criminal fallacy, and tried to pass it off as a trial. She called herself appointing me a lawyer, but she didn,t tell me about it  !  the Cleveland news papper Plain Dealer said it best in the five year  investigation they did  of her performance, "She as Magistrate  in appeal of child custody  cases is more likely to be overturned than any similar court in the county "  she conspired  to steal our baby girl Rambull.

CONTINUED

CONTINUED

.6. Statement of Claim: William Daugherty

Is the guy tha Hilow, used to block any true evidence from being presented in her courtroom.

She used him so that she didn't have to confront the truth in the motion that I filed in her court, that contained evidence like: The cops were called to deal with a WHITE suspect. Further: as far as Daugherty and Hilow, are concerned , I did a series of attorney tutorials back in 2020, In my shows I had their miscreant actions as routine  #6. Collusion, aiding and abetting in kidnapping.

.7. Statement of Claim: Cleveland Foster Care Service.

Aiding and abetting in a organized kidnapping scheme.

.8. Statement of Claim: Cleveland Fire Department

They were first on the sceen , We talked about the call from the Karen, They examined the baby, gave us a clean bill of health , and left.  Before any of the others arrived. And yet they sit back and didn't say a word, when all the lies started showing up on television.

Deliberate indifference

.9. Statement of Claim: Social Security Administration

Collateral Damage;

I went to the SSA Office on May 19th 2022, and was told by an agent that all I had to do was have another agent request a new Direct Express card, from the source.

But when I went back the next day May 20th 2022, I ran into one Asian, and a black woman who wanted to adjust my payments, based on some information about my INCARCERATION,  So when I ask them where they were getting this information from. They refused to tell me, and when I ask ,the wouldn't even tell me there names. Then they called security and had me escorted from the building

They have stopped my benefits up to this date, Obviously they are hiding information They don't want me to know about my account. I video'd the entire episode, I'll have it transferred to the court as evidence.

Relief:

I want 6 Billion dollars total from Defendants found to be at fault

The plaintiff demands that the case be tried by a jury      YES

CERTIFICATION

I certify that the facts stated in this COMPLAINT ARE TRUE TO THE

Best of my knowledge, information and belief.

Signed this 14th day of July, 2022

_____

Signature of plaintiff


_1936 So. Michigan Ave, #1, zip 60616_

Address


Service

Service made on all defendants by U>S mail or email, _____

Signed under penalty of purtjury

From:
Ms Bennie Anderson
1936 S. Michigan Ave, Apt 4
Chicago IL 60616

To: Clerk of the U.S. District Court
United States Court House
Chicago, IL 60604

RECEIVED
2022 JUL 26 AM 9:05